Filed: 5/28/2021 10:41 A
Cle
Elkhart County, India

Elkhart Superior Court 4

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ELKHART SUPERIOR COURT 4 |
| | ) SS: | |
| COUNTY OF ELKHART | ) | CAUSE NO. 20D04-2105-CT-000117 |

RUDOLPH JACOBS,  )
            )
    Plaintiff,  )
            )
v.          )
            )
JAYCO, INC.,    )
            )
    Defendant.  )

## COMPLAINT

Plaintiff alleges against Defendant that:

1. The Plaintiff is Rudolph Jacobs who alleges that he was discriminated against because of his non-Amish religious beliefs contrary to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII").

2. The Defendant is Jayco, Inc. ("Jayco"), a corporation authorized to do business in the State of Indiana and does so at 903 S. Main Street, Middlebury, IN 46540. Jayco is an "employer" for purposes of Title VII.

3. Plaintiff filed a Charge of Discrimination with the EEOC (No. 470-2020-03767), a copy of which is attached hereto, incorporated herein and made a part hereof as Exhibit "A". The EEOC issued their Dismissal and Notice of Rights on February 28, 2021 (Exhibit "B") and this lawsuit has been filed within ninety (90) days after receipt thereof.

4. Plaintiff suffered disparate treatment as he was disciplined more harshly than Amish employees for the same conduct; he was subjected to arbitrary and increased production

—1—

rates compared to Amish employees; he was falsely accused of shutting down the line whereas Amish employees were not; Mennonite and Amish employees were not disciplined or terminated for production deficiencies; overall, Amish and Mennonite employees were treated more favorably than Plaintiff in violation for Title VII.

5. Plaintiff was terminated for false and pretextual reasons for which he seeks compensatory damages, punitive damages and reasonable attorney's fees and costs.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

### JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
Counsel for Plaintiff