UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RUDOLPH JACOBS, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 3:21-cv-487-RLM-MGG |
| JAYCO, INC., | ) |
| *Defendant.* | ) |

## ORDER

Pursuant to the stipulation of dismissal [Doc. No. 16] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice. The court VACATES the final pretrial conference for February 22, 2023, and the trial for March 6, 2023. The Clerk is directed to enter judgment accordingly, each party to bear its own costs.

SO ORDERED.

ENTERED:  October 28, 2022

/s/ Robert L. Miller, Jr.
Judge
United States District Court