# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RUDOLPH JACOBS

      Plaintiff

  v.

Civil Action No.  3:21-cv-487

JAYCO, INC.

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L Miller Jr., on Motion to Dismiss by Plaintiff Rudolph Jacobs.

DATE: 10/28/2022            GARY T. BELL, CLERK OF COURT

                                by   s/A. Highlen_____
                                *Signature of Clerk or Deputy Clerk*